UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, AND GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD<br>Defendants. | MAGISTRATE: CURRAULT |

**FIRST AMENDING COMPLAINT**

Plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar and Joan Brunet, appearing through undersigned counsel, wish to file this First Amending Complaint, to amend the original complaint, specifically Paragraphs 11 and 110, and to add a "Sixth Cause of Action" to read as follows:

**SIXTH CAUSE OF ACTION**

The actions of defendants, and of the Terrebonne Parish School Board in particular, are in violation of The Native American Languages Act of 1990 ("The Act"), 25 USC Ch. 31 et seq., in the following non-exclusive particulars:

1

133.    Congress enacted "The Act" in order to fully recognize the rights of Indian Tribes to preserve, protect and perpetuate the languages utilized by various tribes and, additionally, to encourage the utilization of these languages in schools, commerce and everyday life.

134.    "The Act" mandates assistance for Native Americans in assuring the survival and continued vitality of their languages with grants and appropriations designed to encourage governments to do everything reasonably necessary to reach the goals of this legislation.

135.    "The Act" was passed to counter balance the "English-Only" mentality and practices of government and act as a catalyst for bilingual education in Native American communities.

136.    In 2021, Congress further showed its intention that there be government support of languages foundational to the identity of Indigenous Americans with the bipartisan legislation known as the "Durbin Feeling Native American Languages Act of 2021" ("Durbin Act"). The bill was named after Durbin Feeling, a renowned Cherokee linguist and Vietnam veteran.

137.    The purpose of the "Durbin Act" is to assure that all governmental authorities live up to their commitment to protect and revitalize Native languages.

138.    "Indian French" is the language of choice for the Pointe-au-Chien Indian Tribe and the Isle de Jean Charles Biloxi-Chitimacha-Choctaw Tribe. For the children who attended Pointe-aux-Chênes Elementary School until June 10, 2021, "Indian French" is a language spoken by Native Americans within the meaning of "The Act."

139.    As set forth in the original complaint, the attached affidavits, the affidavits of distinguished scholars Barry Ancelet, C. Ray Brassieur, PhD, and others to be filed herein, and the testimony to be elicited at the hearing on the motion for preliminary injunction, the actions of the defendants have constituted and continue to constitute a prohibited attempt to suppress a language

spoken by Native Americans, so that such actions should be preliminarily and permanently enjoined.

*Respectfully submitted,*

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)
koerner@koerner-law.com
URL: www.koerner-law.com

DOMENGEAUX WRIGHT ROY & EDWARDS
/s/ James H. Domengeaux, Sr.
Bar Roll No. 17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033

*Attorneys for Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet*