UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

**IT IS HEREBY ORDERED** that the telephone status conference in this matter is **RESET** to <u>**Friday, July 9, 2021 at 10:00 a.m**</u>. Counsel for Plaintiffs will begin the conference call and, once all other parties are connected, add the Court to the call by dialing 504-589-7525.

New Orleans, Louisiana, this 7th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE