UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, AND GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD<br>Defendants. | MAGISTRATE: CURRAULT |

**OPPOSED MOTION TO FILE THE ENTIRE RECORD
IN THE *REDMAN/BOYKIN* CASE**

Plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet, appearing through undersigned counsel, move the Court to file the entire record in the *Redman/Boykin* case as applicable to the issues in this case. A separate motion will be filed for the *Naquin*.

Stan R. Duval, counsel for the defendants, whose client claims in responses to a public records request directed to *Redman/Boykin* to not have **any** records of *Redman/Boykin*, objects to this material proposed to be filed as not relevant.

1

The grounds for this motion, as are more fully set forth in the memorandum filed herewith, are as follows:

1.

The *Redman/Boykin* judgment is continuing and sets forth obligations on the part of the defendants and their predecessors, such as detailed reports, that were temporarily complied with. These reports and other compliance with the judgment were long ago discontinued without any order of this Court permitting the defendants to discontinue compliance with the judgment.

2.

The *Redman/Boykin* record, which is tendered for filing and for this Court's review, contains a great many reports from the TPSB for the period immediately after the judgment that contains information relevant to the matters pending before the Court. In the absence of any order from this Court, the reports stopped and have never been restarted. Such non-compliance with the judgment may also have legal significance to the issues before this Court.

Respectfully submitted,

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)
koerner@koerner-law.com
URL: www.koerner-law.com

DOMENGEAUX WRIGHT ROY & EDWARDS
/s/ James H. Domengeaux, Sr.
Bar Roll No. 17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033

*Attorneys for Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet*

## CERTIFICATE

I hereby certify that I have served the foregoing pleading by ECF and by email to Stan R. Duval on July 7, 2021.

/s/ Louis R. Koerner, Jr.