UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

# ORDER

Considering the foregoing *Motion for Leave to File Redman/Boykin Record* **(Rec. Doc. 17)** and *Motion to Expedite* **(Rec. Doc. 18)** filed on behalf of Plaintiffs,

**IT IS HEREBY ORDERED** that the motions are **DENIED**.

New Orleans, Louisiana, this 8th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE