UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Motion for Leave to File Opposition in Excess of Page Limitations* **(Rec. Doc. 19)** filed by Defendants,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Temporary Restraining Order shall be filed into the record.

New Orleans, Louisiana, this 8th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE