UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

### ORDER

Considering the forgoing *Motion for Leave to File Reply* **(Rec. Doc. 28)** filed by Plaintiffs,

**IT IS HEREBY ORDERED** that the motion is **DENIED as moot**.

New Orleans, Louisiana, this 15th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE