UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br> **NO.  2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

## DEFENDANTS' WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as "Defendants"), who submit this witness list in accordance with this Honorable Court's Minute Entry dated July 15, 2021 and who, without waiving any rights to supplement this witness list and with full reservation of all defenses, objections, and claims, submit the following:

A. **May Call Witness List:**

1. Philip Martin
   School Board Superintendent
   c/o Terrebonne Parish School Board
   201 Stadium Drive
   Houma, Louisiana 70360

   Philip Martin will testify as to the facts regarding his decision to recommend to the Terrebonne Parish School Board to close Pointe-Aux-Chenes school as well as all information that he had at his disposal in making that decision. Philip Martin will also testify regarding the various French Immersion petitions Terrebonne Parish School Board received.

2. Becky Breaux
   c/o Terrebonne Parish School Board
   201 Stadium Drive
   Houma, Louisiana 70360

   Becky Breaux is the Chief Financial Officer of the Terrebonne Parish School Board and will testify as to the facts regarding the Terrebonne Parish School Board's budget and various reasons why the decision was made to recommend the closing of Pointe-Aux-Chenes school to the Terrebonne Parish School Board.

3. Dr. Debra Yarbrough
   c/o Terrebonne Parish School Board
   201 Stadium Drive
   Houma, Louisiana 70360

   Dr. Yarbrough is employed by the Terrebonne Parish School Board and will provide fact testimony regarding the student enrollment at Pointe-Aux-Chenes school and how that enrollment has changed over the years.

4. Sandra Larose
   c/o Terrebonne Parish School Board
   201 Stadium Drive
   Houma, Louisiana 70360

   Sandra Larose will testify regarding the various petitions to establish a French Immersion school received by the Terrebonne Parish School Board and the responses to the public records requests made by Mr. Louis Koerner.

5. Michael LaGarde
   Terrebonne Parish School Board Member, District 1
   3643 Baker Drive
   Houma, Louisiana 70363

   Michael LaGarde is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

6. Gregory Harding
   Terrebonne Parish School Board President, District 2
   148 Columbus Street
   Houma, Louisiana 70360

   Gregory Harding is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

7. Matthew J. Ford
   Terrebonne Parish School Board Member, District 3
   107 Funderburk Avenue
   Houma, Louisiana 70364

   Matthew J. Ford is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

8. Debi Benoit
   Terrebonne Parish School Board Member, District 4
   120 Royce Street
   Houma, Louisiana  70364

   Debi Benoit is a member of the Terrebonne Parish School Board, and she may testify regarding her vote on the issue of closing Pointe-Aux-Chenes school.

9. Stacy Verhagen Solet
   Terrebonne Parish School Board Member, District 5
   124 Suthon Avenue
   Houma, Louisiana 70364

   Stacy Verhagen Solet is a member of the Terrebonne Parish School Board, and she may testify regarding her vote on the issue of closing Pointe-Aux-Chenes school.

10. Clyde F. Hamner
    Terrebonne Parish School Board Member, District 6
    191 Godchaux Drive
    Houma, Louisiana 70360

    Clyde F. Hamner is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

11. Roger Dale DeHart
    Terrebonne Parish School Board Member, District 7
    661 Bayou Dularge Road
    Houma, Louisiana 70363

    Roger Dale DeHart is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

12. MayBelle N. Trahan, Ed.D.
    Terrebonne Parish School Board Vice President, District 8
    5282 Bayouside Drive
    Chauvin, Louisiana 70344

    MayBelle N. Trahan, Ed.D., is a member of the Terrebonne Parish School Board, and she may testify regarding her vote on the issue of closing Pointe-Aux-Chenes school.

13. Dane Voisin
    Terrebonne Parish School Board Member, District 9
    10357 East Park Avenue
    Houma Louisiana 70363

    Dane Voisin is a member of the Terrebonne Parish School Board, and he may testify regarding his vote on the issue of closing Pointe-Aux-Chenes school.

14. Any and all other witnesses listed by Plaintiffs or identified during the course of this litigation

15. Defendants reserve their rights to amend this list as additional witnesses who may be called at trial become known.

                                        Respectfully submitted,

                                    **DUVAL, FUNDERBURK, SUNDBERY,**
                                        **RICHARD & WATKINS, APLC**

                                    /s/ Stanwood R. Duval
                                    **STANWOOD R. DUVAL (27732)**
                                    **C. BERWICK DUVAL, II (5109)**
                                    **KATHRYN W. RICHARD (26486)**
                                    **APRIL A. TRAHAN (38919)**
                                    stan@duvallawfirm.com
                                    101 Wilson Avenue (70364)
                                    Post Office Box 3017
                                    Houma, Louisiana 70361
                                    Telephone: (985) 876-6410
                                    Fax: (985) 851-1490
                                    Counsel for Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 27th day of August 2021, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                        **/s/ Stanwood R. Duval**
                                                        **STANWOOD R. DUVAL**