UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br> **NO. 2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

### DEFENDANTS' EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as "Defendants"), who submit this exhibit list in accordance with this Honorable Court's Minute Entry dated July 15, 2021 and who, without waiving any rights to supplement this exhibit list and with full reservation of all defenses, objections, and claims, submit the following:

A.  **May Use Exhibit List:**

1. Facility Task Force Recommendations to TPSB dated March 2006

2. Terrebonne Public Schools Community Task Force Survey Summary and Results September 2013

3. Minutes from proceedings of TPSB on April 13, 2021

4. "French Immersion: A Guide for Creating a Successful Program"

5. March 1, 2018 letter transmitting redacted 2018 petition for 2018-2019 year

6. January 31, 2020 letter transmitting redacted 2020 petition for 2019-2020 year

7. Documents of TPSB showing enrollment numbers for Pointe-Aux-Chenes school and Montegut Elementary

8. Documents pertaining to Pointe-Aux-Chenes school's performance as a school

9. Any and all documents provided to Louis Koerner pursuant to his various public records requests

10. All documents and exhibits identified and/or produced by Plaintiffs and/or Defendants in the course of this litigation

11. Any demonstrative aids that may be necessary

12. Any rebuttal documentation that may be necessary

13. Any impeachment documentation that may be necessary

14. Any documentation identified and/or produced after the date of this pleading

15. Any and all pleadings and discovery in this matter

16. Any document identified by any other party on their Exhibit List or in any other document

17. The Defendants reserve the right to amend and/or supplement this list as additional exhibits become known.

Respectfully submitted,

**DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS, APLC**

/s/ Stanwood R. Duval
**STANWOOD R. DUVAL (27732)**
**C. BERWICK DUVAL, II (5109)**
**KATHRYN W. RICHARD (26486)**
**APRIL A. TRAHAN (38919)**
stan@duvallawfirm.com
101 Wilson Avenue (70364)
Post Office Box 3017
Houma, Louisiana 70361
Telephone: (985) 876-6410
Fax: (985) 851-1490
Counsel for Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27th day of August 2021, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            **/s/ Stanwood R. Duval**
                                            **STANWOOD R. DUVAL**