UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Motion for Leave to File Memorandum of Law in Excess of Page Limitations* **(Rec. Doc. 38)** filed by Defendants,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and Defendants' Memorandum of Law in Support of their Motion to Dismiss shall be filed into the record.

New Orleans, Louisiana, this 26th day of August, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE