UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, and JOAN BRUNET, *Plaintiffs*, | CIVIL ACTION<br><br>NO: 2:21-cv-1444<br><br>SECTION: "J"(2)<br><br>JUDGE: CARL J. BARBIER (J) |
| VERSUS | |
| THE TERREBONNE PARISH SCHOOL BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, individually and in his official capacity as Superintendent, and GREGORY HARDING, individually and in his official capacity as President of the Terrebonne Parish School Board, *Defendants*. | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT (2) |

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

**I. INTRODUCTION**

Plaintiffs are at an unforeseen tactical disadvantage in preparing a witness and exhibit list for the following reasons:

1. As no discovery responses are due or have been received, there has been neither a formal identification of persons with relevant information nor responsive documents other than the cursory listing in the initial disclosures. The same is true of documents requested and factual and legal issues raised in the complaint and articulated through request for production. Similarly, the lack of deposition dates and availability and the refusal to permit meaningful inspection of Montegut Elementary School (MES) or any inspection of Pointe-aux-Chênes Elementary School (PAC ES) has not permitted plaintiffs to either identify appropriate experts nor to narrow issues.

2. No answer has been filed. This has left the parties in doubt as to the correctness and contested/uncontested nature of the richly factually detailed complaint.

Accordingly, plaintiffs necessarily reserve the right to amend this witness and exhibit list

after September 3, the date on which answers and responses to written discovery are due. The earliest date on which depositions have been proposed by defendants is September 2, 2021.

## II. WITNESS LIST

| NO. | NAME | ADDRESS | DISCRIPTION |
|---|---|---|---|
| 1. | Mary Dupre Verdin | 111 Laura Street Montegut LA 70377 (985) 720-9976 | will testify in accordance with her affidavit/declaration. |
| 2. | Jade Billiot Bergeron | 4021 Oak Pointe Road Montegut LA 70377 985-856-8231 | will testify in accordance with her affidavit/declaration. |
| 3. | Candace Hendon | 1685 Highway 665 Montegut LA 70377 985-297-0270 | will testify in accordance with her affidavit/declaration. |
| 4. | Joan Brunet | 104 Island Road Montegut LA 70377 (985) 466-0530 JOAN_BRUNET@YAHOO.COM | will testify in accordance with her affidavit/declaration. |
| 5. | Shana Rae Dardar | 108 South Dupre St. Montegut LA 70377 (985) 855-4329 SHANARAENEIL@YAHOO.COM | will testify in accordance with her affidavit/declaration and about School Board meetings in May-June 2021. |
| 6. | Albert P. Naquin Isle de Jean Charles Biloxi-Chitimacha-Choctaw Tribe Chief | 100 Dennis Street Montegut LA 70377 | will testify in accordance with his affidavit/declaration. |
| 7. | Charles Verdin Sr. | Chairman Pointe-au-Chien Indian Tribe 3798 Highway 665 Montegut LA 70377 (985) 466-3129 PACITP2@GMAIL.COM | will testify in accordance with his affidavit/declaration. |
| 8. | Donald Dardar Pointe-au-Chien Indian Tribe Second Chairman | 3798 Highway 665 Montegut LA 70377 (985) 466-3129 PACITP2@GMAIL.COM | will testify in accordance with his affidavit/declaration. |

| | | | |
|---|---|---|---|
| 9. | Anna Dupre | 3798 Highway 665 Montegut LA 70377 (985) 466-3129 PACITP2@GMAIL.COM | will testify in accordance with her affidavit/declaration. |
| 10. | Geneva LeBeouf | 3798 Highway 665 Montegut LA 70377 (985) 466-3129 PACITP2@GMAIL.COM | will testify in accordance with her affidavit/declaration. |
| 11. | Peggy Feehan Council for the Development of French in Louisiana (CODOFIL) Executive Director | 217 West Main Street Lafayette LA 70501 (337) 262-5810 PFEEHAN@CRT.LA.GOV | will testify in accordance with her affidavit/declaration and as an expert. |
| 12. | Michele Braud Ed.S NBCT World Languages Coordinator Office of Academic Content Louisiana Department of Education | 1201 N. Third Street Office 4-260 Baton Rouge LA 70802 225-342-2464 | will testify as a fact witness concerning all aspects of French Immersion at PAC Elementary and as an expert regarding the establishment of French Immersion. |
| 13. | Teddy Billiot | 2316 Hwy. 665 Montegut LA 70377 (985) 870-7493 a parent of a PAC student | will testify similarly to other plaintiffs and to the percentage of students who would attend for the 2021-2022 school year. |
| 14. | Liza Naquin | 1952 Hwy 665 Montegut LA 7037 (985) 232-2816 a parent of a PAC student | will testify similarly to other plaintiffs to the impact of the school closure on his daughter and to the percentage of students who would attend for the 2021-2022 school year. |
| 15. | Tasha Dardar a parent of a PAC student | | will testify similarly to other plaintiffs and to the percentage of students who would attend for the 2021-2022 school year. |
| 16. | Lanny Dardar Jr. 3805 Oak Pointe Rd Montegut LA | | will testify similarly to other plaintiffs and to the percentage of students who |

| | | | |
|---|---|---|---|
| | 70377 a parent of a PAC student | would attend for the 2021-2022 school year. | |
| 17. | Kelly Naquin | 2296 Highway 665 Montegut LA 70377 a parent of a PAC student | will testify similarly to other plaintiffs and to the percentage of students who would attend for the 2021-2022 school year. |
| 18. | Loretta Verdin | 657 Highway 665 Montegut LA 70377 a parent of a PAC student | will testify similarly to other plaintiffs and to the percentage of students who would attend for the 2021-2022 school year. |
| 19. | Casey Dardar | 129 Reggie Lane Montegut LA 70377 (985) 647-5930 a parent of a PAC student | will testify similarly to other plaintiffs and to the percentage of students who would attend for the 2021-2022 school year. |
| 20. | Philip Martin Terrebonne Parish School District Superintendent | TPSD Central Office 201 Stadium Drive Houma LA 70360 (985) 876-7400 | See transcripts videos and media material and his deposition to be taken. |
| 21. | Gregory Harding Terrebonne Parish School Board President District 2 | 148 Columbus Street Houma LA 70360 (985) 876-0393 | See transcripts videos and media material and his deposition to be taken. |
| 22. | Michael LaGarde Terrebonne Parish School Board Member District 1 | 643 Baker Drive Houma LA 70363 (985) 688-6988 | See transcripts video and media material and his deposition to be taken. |
| 23. | Matthew J. Ford Terrebonne Parish School Board Member District 3 | 107 Funderburk Avenue Houma LA 70364 (985) 381-4604 | See transcripts video and media material and his deposition to be taken. |
| 24. | Debi Benoit Terrebonne Parish School Board Member District 4 | 120 Royce Street Houma LA 70364 (985) 856-0907 | See transcripts video and media material and her deposition to be taken. |

| | | | |
|---|---|---|---|
| 25. | Stacy Verhagen Solet Terrebonne Parish School Board Member District 5 | 124 Suthon Avenue Houma LA 70364 (985) 381-4592 | See transcripts video and media material and his/her deposition to be taken. |
| 26. | Clyde F. Hamner Terrebonne Parish School Board Member District 6 | 191 Godchaux Drive Houma LA 70360 (985) 855-6919 | See transcripts video and media material and his deposition to be taken. |
| 27. | Roger Dale DeHart Terrebonne Parish School Board Member District 7 | 661 Bayou Dularge Road Houma LA 70363 (985) 860-1078, | See transcripts video and media material and his deposition to be taken |
| 28. | MayBelle N. Trahan Terrebonne Parish School Board Member District 8 | 5282 Bayouside Drive Chauvin LA 70344 (985) 381-4533 | See transcripts video and media material and her deposition to be taken. |
| 29. | Dane Voisin Terrebonne Parish School Board Member District 9 | 10357 East Park Avenue Houma LA 70363 (985) 232-4644 | See transcripts video and media material and his deposition to be taken. |
| 30. | Barry Ancelet Professor Emeritus of Francophone Studies ULL | 151 Rue des Babineaux Scott La. 70583 | as per expert reports previously furnished. |
| 31. | Dr. C. Ray Brassieur V expert witness on Louisiana French and Louisiana Indian matters | as per expert report to be furnished. | |
| 32. | Vicki Bonvillian former Terrebonne Parish School Board member supportive of the Pointe-au-Chien Indian Tribe's efforts to establish | Ms Bonvillain is the only Native American to serve on the Terrebonne Parish School Board. She will testify regarding the meetings she attended with the Pointe-au-Chien Indian Tribe including the statements made by Superintendent Martin that there was no plan to close PAC Elementary and concerning the School Board's intent regarding French immersion. | |

| | | | |
|---|---|---|---|
| | French Immersion who served on the Terrebonne Parish School Board | | |
| 33. | Lori Stewart Pointe-au-Chien Indian Tribe's Federal Recognition Project Manager and was instrumental in gathering signatures for the 2018 French Immersion petition that was submitted to the Terrebonne Parish School District | 574 Aragon Road Montegut LA 70377 (985) 594-5194 | Testimony regarding the efforts to obtain French immersion including a meeting with School District employees in 2018 after the submission of the French Immersion petition as well as visiting a French Immersion school. She hand-delivered a French Immersion petition to the Terrebonne Parish School District office on March 1 2018. |
| 34. | Shirell Parfait-Dardar Chief Grand Caillou/Dulac Band of Biloxi-Chitimacha-Choctaw | 5057 Bayside Dr. Chauvin LA 70344 985-791-2222 | Chief Shirell will testify regarding discrimination faced by members of her Tribe caused by the Terrebonne Parish School District and her efforts to resolve issues with the School District. She will also testify regarding the meeting she attended at the Terrebonne Parish School District Office in 2019 to support French Immersion and who then stated that students from her Tribe would be interested in attending a program in Pointe-aux-Chênes and their and her desire to create a similar program in Grand Caillou and Dulac. She will further testify regarding the representations made by School Board members and School District officials regarding French Immersion during that meeting and others she attended. She will testify |

| | | | |
|---|---|---|---|
| | | | regarding the need to maintain the Indian French language and the importance of it to the cultural heritage of Tribes in Terrebonne Parish. |
| 35. | Patty Ferguson-Bohnee Director Indian Legal Clinic Faculty Director Indian Legal Program Sandra Day O'Connor College of Law Arizona State University | 111 E Taylor Street MC 9520 Phoenix AZ  85004 **PAFERGUS@ASU.EDU** | will testify as to the many meetings that she attended the efforts to establish French Immersion and to documents that she prepared. |
| 36. | Jeff Plaisance and Andrea Plaisance a member of the Pointe-au-Chien Indian Tribe iare married and aew members of Isle de Jean Charles Indian Tribe who signed a petition for French Immersion in 2020 and were not contacted by the Terrebonne Parish School District. | 100 Junius Lane Montegut LA  70377 (985) 856-8825 | They  will testify regarding the impact on their children of the closure of the school and the failure of the school district to implement French Immersion and also that that because the school is closed he will not be sending his children to Montegut Elementary so  his wife Andrea will be home schooling their children. |

37. Jack Moore former Risk Assessment Manager for the TPSB and/or TPSD.

38. Richard Conley and all other signatories to the undated letter turned in at the April 13 2021 TPSB meeting regarding the need to provide culturally-relevant education to Native American children.

39. Nathan Jessee Visiting Assistant Professor Tulane Environmental Studies     Nathan a.jessee@gmail.com.

40. Alessandra Jerolleman Associate Professor Dept. of Emergency Management Jacksonville State University     (504) 914-6648 agrazzo@gmail.com.

| | | |
|---|---|---|
| 41. | The Hon. Tanner Magee Speaker pro tem of the Louisiana House of Representatives | 7833 W. Main Street Houma LA 70360 (985-858-29790) will testify as to the background and reasons for the Louisiana Legislature's resolution concerning PAC Elementary and the allocation of funding to support the TPSB's efforts to establish French Immersion. |
| 42. | Lindsay Smythe School Leader of Ecole St. Landry | 671 Napoleon Ave Sunset LA 70584 337-359-2268 — will testify regarding French Immersion Schools and efforts to create French Immersion Charter Schools in general and at PAC Elementary. |
| 43. | Ray Leboeuf Karen Fleming and Tina Freeman | They as Maybelle Trahan's classmates at PAC ES will testify thar her statements on April 13 2021 that she had never seen a black person until she went to high school are untrue |
| 44 | Reggie Dupre Levee District official | will testify as he did on April 13 2021 tha t PAC ES should be a French Immersion school and that once the levee is completed will be safe from flooding. |
| 45. | Debra Yarbrough | as per the TPSB's witness list |
| 47. | Sandra LaRose | as per the TPSB's witness list |
| 48. | TPSD Facilities person | will compare the facilities as PAC ES and MES |
| 49. | Richard Conley Professor of American Indian Studies Florida RCONLEY@UFL.EDU | will testify as he did on April 13 2021 |
| 50. | The former TPSB risk manager | will testify as to the importance of Indian French and th3 antagonism of the TPSB to French French immersion and to French language and culture in TPSD schools. |
| 51. | Andrea Rodrigue TPSD transportation employee assigned to MES may testify to her post concerning bus transportation available tro PAC school children | |
| 52. | Any person with knowledge of the facts of this case or who tgestified on April 13 2121 may be | |

8

|  |  |  |
|---|---|---|
|  | called as a witness. The information that each person possesses and if called to testify their corresponding testimony may be presumed to be similar. |  |
| 53. | All persons who testified at the April 13 2021 TPSB meeting and appeared at other meetings in March April and June or who were signatories to exhibits presented | in accordance with what they said at that or those times or in the exhibits presented. Plaintiffs' proposal to so stipulate has not been accepted by defendants who reserve the right to review the videos and transcripts. |
| 54. | Plaintiffs incorporate by reference any other individuals disclosed by defendants and reserve the right to supplement this Disclosure. Plaintiffs reserve the right to obtain discovery in support of their claims or defenses from any witnesses identified in any other party's Rule 26.1(a) disclosure or in their witness lisr. |  |

## RECORDED STATEMENTS

There are many recorded statements of TPSB and TPSD witnesses, both as listed above, and as will be obtained prior to trial.

## EXPERT WITNESSES

1. Peggy Feehan, Council for the Development of French in Louisiana (CODOFIL), Executive Director, 217 West Main Street, Lafayette, LA 70501, (337) 262-5810, PFEEHAN@CRT.LA.GOV, will testify in accordance with her affidavit/declaration and as an expert.

2. Michele Braud, Ed.S, NBCT, World Languages Coordinator, Office of Academic Content, Louisiana Department of Education, 1201 N. Third Street, Office 4-260, Baton Rouge, LA 70802, 225-342-2464, will testify as a fact witness concerning all aspects of French Immersion at PAC Elementary and as an expert regarding the establishment of French Immersion.

3. Barry Ancelet, Professor Emeritus of Francophone Studies, ULL, 151 Rue des Babineaux, Scott, La. 70583, as per expert report to be furnished.

4.      Dr. C. Ray Brassieur, 134 Shadyside, Lafayette, LA, 70506, Associate Professor of Anthropology, ULL, Department of Sociology and Anthropology, expert witness on Louisiana French and Louisiana Indian matters, as per expert report to be furnished.

## TANGIBLE EVIDENCE, EVIDENTIARY DOCUMENTS, OR ELECTRONICALLY STORED INFORMATION

1.      Petition to Add a French Immersion Program at Pointe-aux-Chênes Elementary (March 1, 2018).

2.      Petition to Add a French Immersion Program at Pointe-aux-Chênes Elementary (January 31, 2020).

3.      March 30, 2021 Public Records Request from Louis Koerner to Terrebonne Parish School Board.

4.      Terrebonne Parish School Board Response to March 30, 2021 Public Records Request.

5.      April 22, 2021 Public Records Request from Louis Koerner to Terrebonne Parish School Board.

6.      Terrebonne Parish School Board Response to April 22, 2021 Public Records Request.

7.      Videos and transcript of April 13, 2020, School Board Meeting.

8.      DOE complaint and all attachments.

9.      All exhibits attached to the complaint here or later filed in the record.

10.     All exhibits listed by defendants, subject to any applicable objections.

**11.    All documents filed or tendered for filing**

Plaintiffs will supplement this exhibit lisr to include additional evidentiary information and documents as received.

**OTHER DOCUMENTS OR INFORMATION THAT MAY BE RELEVANT**

Plaintiffs anticipate that documents and other information which Plaintiffs may use to support their claims may become discoverable. These will be exchanged as they become available. Plaintiffs reserve the right to supplement this Disclosure as to witnesses identified in the written discovery to be propounded.

Date: August 27, 2021

> Respectfully submitted by:
> */s/ Louis Roy Koerner, Jr.*
> Louis Roy Koerner, Jr.
> KOERNER LAW FIRM
> 1204 Jackson Avenue
> New Orleans, LA 70130
> 504-581-9569
> Email: koerner@koerner-law.com
>
> */s/ James Harvey Domengeaux*
> James Harvey Domengeaux
> DOMENGEAUX, WRIGHT, ROY & EDWARDS
> 556 Jefferson St, Suite 500
> Lafayette, LA 70502
> 337-233-3033
> Email: jimmyd@wrightroy.com
>
> *Attorneys for Plaintiffs Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I electronically transmitted the foregoing Disclosure Statement to opposing counsel.

> */s/ Louis R. Koerner, Jr*
> Louis R. Koerner, Jr.