UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, AND GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD<br>Defendants. | MAGISTRATE: CURRAULT |

**UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE OF RULE 12(b)(6) MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT**

Plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet, appearing through undersigned counsel, move the Court to continue the submission date on the Rule 12(b)^(6) motion to dismiss filed on August 24, 2021 for at least two weeks or until at least September 22, 2021. Plaintiffs hereby request oral argument.

The grounds for this motion are as follows:

1.

There is no opposition to the granting of a continuance.

2.

Discovery is not complete. Requests for many depositions, as set forth in the witness list, have only resulted in a September 3, 2021 deposition date for the two named individual defendants. Due to Ida, this deposition date is no longer feasible. Answers and responses to written discovery, due within the week, will obviously be delayed. Request for inspections, although previously scheduled, were not completed and will be indefinitely postponed,

3

Counsel for plaintiffs evacuated New Orleans on August 31, 2021, the date on which an opposition was due, because of serious electrical and internet issues that a generator helped with but did not cure. Until he arrived in Vicksburg, reliable internet service and reliable access to Westlaw to finish his research was not possible.

4.

The August 30, 2021 settlement conference, which was made feasible by a proposal from defendants to initiate a French Immersion Program at Montegut Elementary, which would have resulted in a profound shift in the relationship of the parties and at perhaps even a *sotto voce* concession of alleged unreasoned failures to act on the 2018 and 2020 petitions, was cancelled on account of Ida. Undersigned counsel timely submitted a position paper and filed timely a witness and exhibit list prior to August 30, 2021.

5

In person oral argument on September 8, 2021, which is hereby requested and which is normally granted in non-frivolous cases such as the instant case, is not possible on account of evacuation from New Orleans.

Respectfully submitted,

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)
koerner@koerner-law.com
URL: www.koerner-law.com

DOMENGEAUX WRIGHT ROY & EDWARDS
/s/ James H. Domengeaux, Sr.
Bar Roll No. 17555
556 Jefferson St., Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033

*Attorneys for Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet*

## CERTIFICATE

I hereby certify that I have served the foregoing pleading by ECF and by email to Stan R. Duval on September 1, 2021.

/s/ Louis R. Koerner, Jr.