UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEDDY BILLOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | * | SECTION "J" (2) |

## ORDER

Considering the devasting impact of Hurricane Ida, the lack of power and internet access throughout Greater New Orleans and surrounding parishes, and the Addendum to General Order No. 21-11,

IT IS ORDERED that the settlement conference scheduled for Monday, August 30, 2021 (ECF No. 35) is CONTINUED. The parties are directed to contact Chambers staff at (504) 589-7630 to reschedule the settlement conference.

Dated this  1st  of September, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE