UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Unopposed Motion to Continue Trial Date and to Reset Pre-Trial Deadlines* **(Rec. Doc. 46)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the current unexpired pretrial and trial deadlines are **CONTINUED.** The Court will set a scheduling conference for the parties to select new trial and pretrial dates and all other unexpired deadlines contained in the Court's Scheduling Order.

New Orleans, Louisiana, this 7th day of September, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE