UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

### ORDER

Considering the foregoing *Unopposed Motion to Continue Submission Date of Motion to Dismiss* **(Rec. Doc. 44)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the submission date for Defendants' Motion to Dismiss (Rec. Doc. 37) is continued from September 8, 2021 at 9:30am to **September 22, 2021 at 9:30am.**[1]

New Orleans, Louisiana, this 2nd day of September, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] This motion will be heard without oral argument as Plaintiffs' request was not in compliance with local rules. If Plaintiff would like to submit a request for oral argument in compliance, the Court will consider it.