UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Unopposed Motion to Continue Submission Date of Motion to Dismiss* **(Rec. Doc. 50)** as well as the continuing impacts of Hurricane Ida in Terrebonne Parish,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the submission date for Defendants' Motion to Dismiss (Rec. Doc. 37) is continued from September 22, 2021 at 9:30am to **October 20, 2021 at 9:30am.**

New Orleans, Louisiana, this 14th day of September, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE