UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL | DIV. "J" (2) |

## ORDER

In accordance with this Court's September 1, 2021 Order continuing the previously scheduled settlement conference (ECF No. 45),

**IT IS ORDERED** that a **Settlement Conference** is scheduled for **THURSDAY, OCTOBER 14, 2021**, **at 2:00 p.m.**, before Magistrate Judge Donna Phillips Currault.

Before the Settlement Conference, the parties are to negotiate and make a good faith effort to settle the case without the involvement of the court. **Specific proposals and counter proposals shall be made.** It is the duty of the parties to notify my Chambers if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference in the event that removal of the matter from the court's docket is appropriate.

This settlement conference will be conducted via video-conference.[1] Participation of parties in addition to counsel increases the efficiency and effectiveness of the Settlement Conference. Therefore, **counsel must instruct their clients to be present on the videoconference at the start of the conference.**

---

[1] A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference. Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference. Violations of these prohibitions may result in sanctions, as deemed necessary or appropriate.

New Orleans, Louisiana this 22nd day of September, 2021.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**