**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TEDDY BILLIOT, ET AL.                                    CIVIL ACTION

VERSUS                                                             NO. 21-1144

TERREBONNE PARISH                                   SECTION: "J"(2)
SCHOOL BOARD, ET AL.

### <u>SCHEDULING ORDER</u>

A scheduling conference was held on September 28, 2021, by telephone.

PRESENT:  Louis R. Koerner, Jr., James H. Domengeaux, for Plaintiffs
                     Stanwood R. Duval, for Defendants

Pleadings have been completed.  Jurisdiction and venue are established.

All pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **MAY 4, 2022.  This Section adheres to Local Rule 78.1E regarding oral argument on motions.**  All other motions in limine shall be filed by **JUNE 13, 2022,** and responses thereto shall be filed by **JUNE 15, 2022.  Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.**

**Counsel are advised that the court is receptive to requests for oral argument. Hearing dates for Section J may be found at www.laed.uscourts.gov.**

The deadline for taking depositions for trial and the deadline for discovery has expired and will not be reset pursuant to Order (Rec. Doc. 47).

Amendments to pleadings, third-party actions, cross-claims and counter-claims shall not be filed.

The deadline for written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff has expired and will not be reset pursuant to Order (Rec. Doc. 47).

The deadline for written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant has expired and will not be reset pursuant to Order (Rec. Doc. 47).

The deadline for counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify on trial, and all exhibits that may or will be used has expired and will not be reset pursuant to Order (Rec. Doc. 47).

C. A. NO: 21-1144

The Court will not permit any witness, expert or fact, to testify or exhibits to be used unless there has been compliance with this Order as it pertains to the witness.

**THE COURT ENCOURAGES THE PARTIES TO DISCUSS POSSIBLE SETTLEMENT AT AN EARLY DATE.   IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE WITH EITHER THE DISTRICT JUDGE OR THE ASSIGNED MAGISTRATE JUDGE, COUNSEL SHOULD CONTACT CHAMBERS DIRECTLY.**

This case does **NOT** involve extensive documentary evidence.

A final pre-trial conference will be held before the District Judge on **MAY 19, 2022 AT 3:30 P.M.**  Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

Trial will commence on **JUNE 20, 2022 AT 8:00 A.M.,** before the District Judge **WITHOUT** a jury.  Attorneys are instructed to report for trial not later than 30 minutes prior to this time.  Trial is estimated to last **5** days.

Deadline or cut-off dates fixed herein may only be extended by the Court upon timely application and upon a showing of good cause. Continuances will not normally be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended.

Dated at New Orleans, Louisiana, on September 29, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE