UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL | DIV. "J" (2) |

**ORDER**

At the request of Plaintiffs' counsel, and having been advised that opposing counsel agree, and in light of the continued telephone and internet disruptions to service in Pointe-au-Chene resulting from Hurricane Ida,

**IT IS ORDERED** that the **Settlement Conference** previously scheduled for October 14, 2021, before me is hereby **POSTPONED,** to be rescheduled at a later date upon the joint request of counsel.  Counsel must contact my Chambers at 504-589-7630 to schedule another settlement conference to occur at least 45 days before the scheduled May 19, 2022 pretrial conference.

New Orleans, Louisiana, this ___13th___ day of October, 2021.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**