UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br><br> **NO.  2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

**EX PARTE MOTION TO CONTINUE AND RESET THE
SUBMISSION DATE ON PLAINTIFFS' MOTION TO
OVERRULE OBJECTIONS TO THE RULE 34 REQUEST
FOR INSPECTION AND FOR RULE 37 SANCTIONS**

**NOW INTO COURT,** through undersigned counsel, come defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as "Defendants"), who respectfully move this Honorable Court for an order continuing the submission date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions (Document 56), to Wednesday, November 24, 2021, at 11 a.m.; and movers respectfully represent:

1.

On Tuesday, October 19, 2021, at approximately 10:21 p.m., Plaintiffs filed a motion to compel inspection, motion for discovery, and sanctions (Document 56). That document, including exhibits, totals approximately 115 pages. Plaintiffs filed a notice of submission setting the motion to be heard on November 3, 2021 at 11 a.m., which is the minimum 15-day requirement for setting a motion for hearing.

2.

Trial of the preliminary and permanent injunction in this matter was originally scheduled for October 4-8, 2021. However, due to Hurricane Ida, the Court recently rescheduled the trial of the preliminary and permanent injunction to June 20-24, 2022 (Document 53).

3.

Undersigned counsel recently had to quarantine from October 11 to October 19, 2021 due to a positive Covid test. Then, on October 20, 2021, undersigned counsel had to attend a funeral for his grandmother who recently passed.

4.

Due to the backlog of work from being out for the coronavirus and his grandmother's funeral, undersigned counsel will be unable to respond to the motion by no later than eight days prior to the notice of submission date pursuant to Local Rule 7.5, which requires Defendants to file their opposition by Tuesday, October 26, 2021.

5.

Defendants seek to continue the submission date of this matter to Wednesday, November 24, 2021, at 11 a.m. Pursuant to Local Rule 7.8, undersigned counsel certifies that he has not previously requested an extension of time to respond to this motion and that Plaintiffs have

not filed in the record an objection to an extension of time; and therefore, Defendants seek an ex parte order allowing one extension for a period of 21 days from the time the pleading would otherwise be due pursuant to Local Rule 7.8. Undersigned counsel contacted counsel for Plaintiffs, Louis Koerner, to see if he would consent to this motion, but as of filing, counsel for Plaintiffs has not consented to this motion.

  **WHEREFORE**, Defendants prays that this Court grant this Ex Parte Motion to Continue and Reset the Submission Date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions.

           Respectfully submitted,

           **DUVAL, FUNDERBURK, SUNDBERY,**
            **RICHARD & WATKINS, APLC**

           /s/ Stanwood R. Duval
           **STANWOOD R. DUVAL (27732)**
           **C. BERWICK DUVAL, II (5109)**
           **KATHRYN W. RICHARD (26486)**
           **APRIL A. TRAHAN (38919)**
           stan@duvallawfirm.com
           101 Wilson Avenue (70364)
           Post Office Box 3017
           Houma, Louisiana 70361
           Telephone: (985) 876-6410
           Fax: (985) 851-1490
           Counsel for Defendants, Terrebonne Parish
           School Board, Terrebonne Parish School District,
           Philip Martin, individually and in his official
           capacity as Superintendent of Terrebonne Parish
           School Board, and Gregory Harding, individually
           and in his official capacity as President of
           Terrebonne Parish School Board

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 25th day of October, 2021, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Stanwood R. Duval
STANWOOD R. DUVAL