## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA** | * | **CIVIL ACTION** |
| **NAQUIN, TASHA DARDAR, JADE BILLIOT** | * | |
| **BERGERON, LANNY DARDAR, CANDACE** | * | |
| **HENDON, KELLY NAQUIN, LORETTA** | * | |
| **VERDIN, CASEY DARDAR, SHANA RAE** | * | |
| **DARDAR, AND JOAN BRUNET** | * | **NO.  2:21-cv-01144** |
| *Plaintiffs* | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **THE TERREBONNE PARISH SCHOOL,** | * | **JUDGE CARL BARBIER (J)** |
| **BOARD, THE TERREBONNE PARISH** | * | |
| **SCHOOL DISTRICT, PHILIP MARTIN,** | * | **MAGISTRATE JUDGE** |
| **INDIVIDUALLY AND IN HIS OFFICIAL** | * | **DONNA PHILLIPS** |
| **CAPACITY AS SUPERINTENDENT,** | * | **CURRAULT (2)** |
| **GREGORY HARDING, INDIVIDUALLY** | * | |
| **AND IN HIS OFFICIAL CAPACITY AS** | * | |
| **PRESIDENT OF THE TERREBONNE** | * | |
| **PARISH SCHOOL BOARD** | * | |
| *Defendants* | * | |

---

# O R D E R

---

Considering the foregoing Ex Parte Motion to Continue and Reset the Submission Date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions on behalf of Defendants,

**IT IS ORDERED** that the submission date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions be, and it is hereby, reset to Wednesday, November 24, 2021, at 11 a.m.

Signed in New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**J U D G E**