UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br> **NO. 2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

# O R D E R

Considering the foregoing Ex Parte/Consent Motion to Continue and Reset the Submission Date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions on behalf of Defendants,

**IT IS ORDERED** that the submission date on Plaintiffs' Motion to Overrule Objections to the Rule 34 Request for Inspection and for Rule 37 Sanctions be, and it is hereby, reset to Wednesday, November 17, 2021, at 11 a.m.

Signed in New Orleans, Louisiana, this __26th__ day of __October__, 2021.

Donna Phillips Currault
United States Magistrate Judge