UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL | DIV. "J" (2) |

## ORDER

Considering Plaintiffs' Motion for Leave to File Memorandum in Excess of Page Limitation (ECF No. 64),

**IT IS ORDERED** that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that the Clerk filed the supporting memorandum into the court record.

New Orleans, Louisiana, this 10th day of November, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE