UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL, | NO. 2:21-cv-01144(J)(2) |
| Plaintiffs, | |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL<br>Defendants. | MAGISTRATE: CURRAULT |

**MOTION TO SET SETTLEMENT CONFERENCE**

Plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet, appearing thorough undersigned counsel, move the Court to set a settlement conference as soon as its calendar may permit.

The grounds for this motion are as follows:

1.  The Pointe au Chien Indian Tribe ["PACIT"] has approved a resolution authorizing it to accept a donation to it of the Pointe aux Chênes Elementary School ["PACES"] "as is" in order to establish and operate a Type II French Immersion charter school, the charter for which, in order to be effective for the 2022-2023 school year, must be submitted by PACIT in early January of 2022.

2.  As the PACES facility is heavily damaged with extensive repairs required in order to make it ready for classes in August of 2022, a settlement agreement will require the extensive, although reasonable cooperation, of the defendants.

3.  Although plaintiffs have made good faith overtures to settle this matter, defendants have been nonresponsive to discussions on the specific parameters of the settlement as proposed,

4. In order for there to be a meeting of the minds on the specifics of settlement, it is felt that a follow up settlement conference would be productive.

>Respectfully submitted,
>KOERNER LAW FIRM
>/s/ Louis R. Koerner, Jr.,
>Louisiana Bar 7817
>1204 Jackson Avenue
>New Orleans, Louisiana 70130-5130
>(504) 581-9569 (New Orleans)
>(504) 405-1411 (Cell)
>(504) 324-1798 (Fax)
>koerner@koerner-law.com
>URL: www.koerner-law.com
>
>DOMENGEAUX WRIGHT ROY & EDWARDS
>/s/ James H. Domengeaux, Sr.
>Bar Roll No. 17555
>556 Jefferson St., Suite 500
>Post Office Box 3668
>Lafayette, Louisiana 70502
>(337) 233-3033
>
>*Attorneys for Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet*

## CERTIFICATE

I hereby certify that I have served the foregoing pleading by ECF on December 23, 2021.

/s/ Louis R. Koerner, Jr.