UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL, | NO. 2:21-cv-01144(J)(2) |
| Plaintiffs, | |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL<br>Defendants. | MAGISTRATE: CURRAULT |

**ORDER SETTING SETTLEMENT CONFERENCE**

Upon consideration of the motion of plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet,

IT IS ORDERED that a settlement conference be and the same is hereby set on the ___ day of _____, 202__ at ____ __ M. and that plaintiffs and defendants submit written statements by 5:00 P.M. on _____.to the Court of the terms of an agreement suitable to those parties that permits transfer of the Pointe aux Chênes Elementary School "as is" to the Point au Chien Indian Tribe, provides for reasonable cooperation to enable the Point au Chien Indian Tribe to obtain a Type II charter and permits the school buildings to be repaired and reopened as a French Immersion school for the 2022-2023 school year.

New Orleans, Louisiana, this ____ day of December, 2021.

_____
HONORABLE DONNA CURRAULT
UNITED STATES MAGISTRATE JUDGE

1