MINUTE ENTRY
CURRAULT, M.J.
JANUARY 3, 2022
**MJSTAR: 0:15**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEDDY BILLIOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | * | SECTION "J" (2) |

The Court held a status conference on this date on Plaintiffs' Ex Parte Motion for Settlement Conference (ECF No. 81). After discussions with counsel, the Court determined a settlement conference is not appropriate at this time but encouraged the parties to contact the Court to request another settlement conference if settlement discussions progress. Accordingly,

IT IS ORDERED that Plaintiffs' Motion for Settlement Conference (ECF No. 81) is DENIED.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE