UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, et al<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, et al<br>Defendants. | MAGISTRATE: CURRAULT |

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs, Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet, appearing through undersigned counsel, respectfully request oral argument on the motion for summary judgment filed by defendants as well as on the various response motions filed and to be filed by plaintiffs.

    Respectfully submitted,
    KOERNER LAW FIRM
    /s/ Louis R. Koerner, Jr.,
    Louisiana Bar 7817
    1204 Jackson Avenue
    New Orleans, Louisiana 70130-5130
    (504) 581-9569 (New Orleans)
    (504) 405-1411 (Cell)
    (504) 324-1798 (Fax)
    koerner@koemer-law.com
    URL: www.koerner-law.com

DOMENGEAUX WRIGHT ROY & EDWARDS
*/s/* James H. Domengeaux, Sr.
Bar Roll No. 17555
556 Jefferson St., Suite 500\
Post Office Box 3668
Lafayette, Louisiana 70502
(337) 233-3033
Attorneys for Teddy Billiot, Mary Verdin, Liza Naquin, Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar, Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar, and Joan Brunet

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically transmitted the foregoing pleading and referenced attachments to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*/s/ Louis R. Koerner, Jr.*
Louis R. Koerner, Jr.
