UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Unopposed Motion to Continue Submission Date* **(Rec. Doc. 88),**

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the submission date for Defendants' Motion for Summary Judgement (Rec. Doc. 86) is hereby **CONTINUED** to **May 18, 2022 at 9:30a.m.**

New Orleans, Louisiana, this 26th day of April, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE