UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Motion to Extend 60 Day Conditional Dismissal* **(Rec. Doc. 102)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the period for either Plaintiffs or Defendants to seek summary judgment enforcing the compromise, if it is not consummated, is extended by thirty (30) days to September 10, 2022. During this extended time period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement agreed to by these parties.

New Orleans, Louisiana, this 12th day of August, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE