UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Joint Motion to Extend Time to Consider Motions and Issues of Settlement* **(Rec. Doc. 106)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the parties shall have a thirty (30) day extension, or until October, 13, 2022 to consider settlement status and pending motions filed by Louis Koerner.

**IT IS FURTHER ORDERED** that the court will consider a status conference after the lapse of the thirty-day extension.

New Orleans, Louisiana, this 13th day of September, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE