UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL<br>Defendants | MAGISTRATE: CURRAULT |

*************************************************************************

## SUPPLEMENTAL RESPONSE ON BEHALF OF PLAINTIFFS REGARDING LOUIS KOERNER'S ATTORNEY FEES PETITION

Now comes, James H. Domengeaux, Sr. <u>Pro Bono</u> attorney for Plaintiffs, Jade Billiot Bergeron, Teddie Billiot, Joan Burnet, Casey Dardar, Lanny Dardar, Shana Rae Dardar, Tasha Dardar, Candace Hendon, Kelly Naquin, Liza Naquin, Loretta Verdin and Mary Verdin, who states that Liza Naquin, a Plaintiff in this matter has now signed the Settlement Agreement between Plaintiffs and the Terrebonne Parish School Board. As stated in footnote "1" of Plaintiffs' Response to Pending Motions of Mr. Louis Koerner, ESQ, on that date of filing (October 4, 2022), Liza Naquin had not signed the Settlement Agreement referenced herein. That issue is now Moot in light of her signing said document. Hence, all Plaintiffs have signed said settlement document with hopes of final conclusion allowing for a transfer of the Pointe-au-Chien Elementary School to the Pointe-au-Chien Tribe as set forth in the referenced Settlement Agreement.

Respectfully Submitted:

DOMENGEAUX WRIGHT ROY & EDWARDS
/s/James H. Domengeaux, Sr.
Bar Roll Number 17555
556 Jefferson Street, Ste. 500
Post Office Box 3668
Lafayette, LA 70502
(337)233-3033
Co-counsel for Plaintiffs, Teddy Billiot, Mary Verdin,
Tasha Dardar, Jade Billiot Bergeron, Lanny Dardar,

Candace Hendon, Kelly Naquin, Loretta Verdin, Casey Dardar, Shana Rae Dardar and Joan Brunet