UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL.<br>Defendants. | MAGISTRATE: CURRAULT |

**MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEY FEES FOR LOUIS R. KOERNER, JR.,, *PRO BONO* COUNSEL**

Louis R. Koerner, Jr., *pro bono* counsel, respectfully moves the Court to allow the filing of the reply memorandum filed herewith.

The grounds for this motion are that the very comprehensive reply memorandum provides law and treatise support for each aspect of mover's fee application and addresses all contentions, both factual and legal, in the opposition filed by the Terrebonne Parish School Board, *et al.*

    Respectfully submitted,
    KOERNER LAW FIRM
    /s/ Louis R. Koerner, Jr.,
    Louisiana Bar 7817
    1204 Jackson Avenue
    New Orleans, Louisiana 70130-5130
    (504) 581-9569 (New Orleans)
    (504) 405-1411 (Cell)
    (504) 324-1798 (Fax)
    koerner@koerner-law.com
    URL: www.koerner-law.com

**CERTIFICATE**

I hereby certify that I have served the foregoing pleading by ECF on November 15, 2022.

    /s/ Louis R. Koerner, Jr.