UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TEDDY BILLIOT, ET AL  NO. 2:21-cv-01144(J)(2)
Plaintiffs,

vs.  JUDGE: BARBIER

THE TERREBONNE PARISH SCHOOL BOARD, ET AL.  MAGISTRATE: CURRAULT
Defendants.

**ORDER GRANTING MOTION TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ATTORNEY FEES FOR LOUIS R. KOERNER, JR., *PRO BONO* COUNSEL**

Upon consideration of the motion of Louis R. Koerner, Jr., *pro bono* counsel,

IT IS ORDERED that the Reply Memorandum be and the same is hereby filed.

New Orleans, Louisiana, this _____ day of November, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE