UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL.<br>Defendants. | MAGISTRATE: CURRAULT |

**REQUEST FOR ORAL ARGUMENT AND TO SET A STATUS CONFERENCE**

Louis R. Koerner, Jr., *pro bono* counsel, respectfully requests oral argument, an evidentiary hearing, and/or the setting of a status conference on the issues raised by the attorney fee request by Louis R. Koerner, Jr. as *pro bono* counsel [Doc.. 105], the opposition of the Terrebonne Parish School Board, *et al.* [Doc. 112-112-10], and the reply memorandum sought to be filed [Doc. 114-2].

Respectfully submitted,
KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)
koerner@koerner-law.com
URL: www.koerner-law.com

**CERTIFICATE**

I hereby certify that I have served the foregoing pleading by ECF on November 16, 2022.

/s/ Louis R. Koerner, Jr.