UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Motion to file Reply Brief* **(Rec. Doc. 114),**

**IT IS HEREBY ORDERED** that the motion is **DENIED**, as the deadline for filing a reply has passed.

New Orleans, Louisiana, this 28th day of November, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE