UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET *Plaintiffs* | * * * * * * * * | CIVIL ACTION<br><br><br><br>NO.  2:21-cv-01144 |
| VERSUS | * * | |
| THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD *Defendants* | * * * * * * * * * * * | JUDGE CARL BARBIER (J)<br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2) |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of

Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as the "School Board Defendants"), who respectfully move this Honorable Court to dismiss this action, with prejudice, for failure to state a claim upon which relief can be granted. The School Board Defendants respectfully submit that Intervenor's claims against them cannot survive this Motion to Dismiss under Rule 12(b)(6) as more fully set forth in their Memorandum in Support of Defendants' Motion to Dismiss, adopted herein as if copies *in extenso*.

WHEREFORE, based on the facts and the applicable law stated in the accompanying memorandum in support of the motion to dismiss, the School Board Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board, respectfully request that this Court enter an order granting this motion and dismissing this action with prejudice, and for all other just and appropriate relief.

Respectfully submitted,

DUVAL, FUNDERBURK, SUNDBERY,
　RICHARD & WATKINS, APLC


　　　*Kathryn W. Richard*　　　　
STANWOOD R. DUVAL (27732)
C. BERWICK DUVAL, II (5109)
KATHRYN W. RICHARD (26486)
APRIL A. TRAHAN (38919)
stan@duvallawfirm.com
kathryn@duvallawfirm.com
101 Wilson Avenue (70364)
Post Office Box 3017
Houma, Louisiana 70361
Telephone: (985) 876-6410
Fax: (985) 851-1490

>Counsel for Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of February, 2023, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>_Kathryn W. Richard_____
>**KATHRYN W. RICHARD**