UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br>**NO.  2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

### NOTICE OF SUBMISSION

TO:  CLERK OF COURT

PLEASE TAKE NOTICE that the Motion to Dismiss by Defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("

Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, will be heard before The Honorable Carl J. Barbier, in the courtroom of said Judge, United States Courthouse, 500 Poydras Street, Room C268, New Orleans, Louisiana 70130, on Wednesday, March 22, 2023, at 9:30 a.m., or as soon thereafter as counsel may be heard.

        **Respectfully submitted,**

        **DUVAL, FUNDERBURK, SUNDBERY,**
          **RICHARD & WATKINS, APLC**

        _Kathryn W. Richard_____
        **STANWOOD R. DUVAL (27732)**
        **C. BERWICK DUVAL, II (5109)**
        **KATHRYN W. RICHARD (26486)**
        **APRIL A. TRAHAN (38919)**
        stan@duvallawfirm.com
        kathryn@duvallawfirm.com
        101 Wilson Avenue (70364)
        Post Office Box 3017
        Houma, Louisiana 70361
        Telephone: (985) 876-6410
        Fax: (985) 851-1490
        Counsel for Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of February, 2023, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          _*Kathryn W. Richard*_____
                                          **KATHRYN W. RICHARD**