UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET<br>*Plaintiffs*<br><br>VERSUS<br><br>THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD<br>*Defendants* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br><br><br>NO.  2:21-cv-01144<br><br><br><br><br>JUDGE CARL BARBIER (J)<br><br>MAGISTRATE JUDGE<br>DONNA PHILLIPS<br>CURRAULT (2) |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as "Defendants"), who, pursuant to Local Rule 78.1, request the Honorable Court to grant oral argument for Louis R. Koerner, Jr.'s Motion for Summary Judgment Holding the Terrebonne Parish School Board, the Terrebonne Parish School District, Philip Martin, Individually and in His Official Capacity as Superintendent, and Gregory Harding, Individually and in His Official Capacity as President of the Terrebonne

Parish School Board, in Contempt of this Court's Consent Judgment of May 11, 2023 [sic] [Doc. 99] and for Other Relief, which was filed on March 21, 2023 and noticed for submission on April 5, 2023.

Considering the issues of law addressed in the subject motion, it is respectfully submitted that oral argument before this Honorable Court will help to: (1) narrow and clarify the substantive issues and (2) assist this Court in evaluating the arguments in opposition to the subject motion.

**WHEREFORE**, Defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding"), respectfully pray that oral argument be allowed for Louis R. Koerner, Jr.'s Motion for Summary Judgment Holding the Terrebonne Parish School Board, the Terrebonne Parish School District, Philip Martin, Individually and in His Official Capacity as Superintendent, and Gregory Harding, Individually and in His Official Capacity as President of the Terrebonne Parish School Board, in

Contempt of this Court's Consent Judgment of May 11, 2023 [sic] [Doc. 99] and for Other Relief pursuant to Local Rule 78.1.

          **Respectfully submitted,**

          **DUVAL, FUNDERBURK, SUNDBERY,**
            **RICHARD & WATKINS, APLC**

          /s/ Stanwood R. Duval
          **STANWOOD R. DUVAL (27732)**
          **C. BERWICK DUVAL, II (5109)**
          **KATHRYN W. RICHARD (26486)**
          **APRIL A. TRAHAN (38919)**
          **HARLEY M. PAPA (#39441)**
          101 Wilson Avenue (70364)
          Post Office Box 3017
          Houma, Louisiana 70361
          Telephone: (985) 876-6410
          Fax: (985) 851-1490
          Email: stan@duvallawfirm.com
          Email: berwick@duvallawfirm.com
          Email: kathryn@duvallawfirm.com
          Email: april@duvallawfirm.com
          Email: harley@duvallawfirm.com
          Counsel for Defendants, Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 28th day of March, 2023, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and by electronic mail as follows:

Louis R. Koerner, Jr., Esq.
KOERNER LAW FIRM
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 Phone
(504) 324-1798 Fax

AND

James H. Domengeaux, Sr., Esq.
DOMENGEAUX WRIGHT ROY & EDWARDS
556 Jefferson St., Suite 500
Lafayette, Louisiana 70502
(337) 233-3033 Phone
*Counsel for Plaintiffs*

> */s/ Stanwood R. Duval*
> **STANWOOD R. DUVAL**