UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, ET AL.<br>Defendants. | MAGISTRATE: CURRAULT |

**NOTICE OF SUBMISSION**

Please take notice that Louis R. Koerner, Jr. will submit his motion requesting that the Court rule on all live pending motions, *inter alia*, Docs. Nos. 105, 125, 128, 133, and 135, and set an amount of attorney fees to which he is entitled for hearing before the Hon. Carl J. Barbier, United States District Judge on December 13, 2023 at 9:30 A.M.

Respectfully submitted,

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.,
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)
koerner@koerner-law.com
URL: www.koerner-law.com
*Intervenor*

**CERTIFICATE**

I hereby certify that I have served the foregoing pleading by ECF on November 26, 2023.

/s/ Louis R. Koerner, Jr.

1