UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEDDY BILLIOT, MARY VERDIN, LIZA NAQUIN, TASHA DARDAR, JADE BILLIOT BERGERON, LANNY DARDAR, CANDACE HENDON, KELLY NAQUIN, LORETTA VERDIN, CASEY DARDAR, SHANA RAE DARDAR, AND JOAN BRUNET** *Plaintiffs* | * * * * * * * * | **CIVIL ACTION** <br><br><br><br> **NO. 2:21-cv-01144** |
| **VERSUS** | * * | |
| **THE TERREBONNE PARISH SCHOOL, BOARD, THE TERREBONNE PARISH SCHOOL DISTRICT, PHILIP MARTIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT, GREGORY HARDING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE TERREBONNE PARISH SCHOOL BOARD** *Defendants* | * * * * * * * * * * * | **JUDGE CARL BARBIER (J)** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT (2)** |

---

**MEMORANDUM OF LAW IN OPPOSITION TO LOUIS R. KOERNER'S MOTION REQUESTING RULING AND DISPOSITION OF ALL PENDING MOTIONS**

---

**NOW INTO COURT,** through undersigned counsel, come Defendants, Terrebonne Parish School Board ("TPSB"); Terrebonne Parish School District ("TPSD"); Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board ("Martin"); and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board ("Harding") (sometimes collectively referred to as the "School Board Defendants"), who respectfully respond to Plaintiffs' former counsel's Motion Pursuant to Louis R. Koerner's Motion Requesting Ruling and Disposition of All Pending Motions as follows:

**MAY IT PLEASE THE COURT:**

Defendants object to Louis R. Koerner's motion, as it provides no authority in the Federal Rules of Civil Procedure or otherwise under which it is permissible to bring the instant motion seeking a ruling on the pending motions, Docs. 105, 125, 128, 133, and 135, which have all previously been submitted to the Court. The motion is but one of a string of several frivolous motions filed by Mr. Koerner in an effort to renegotiate the settlement agreement entered by the parties, the time for which has passed pursuant to the deadlines set forth in this Court's August 8, 2022 order (Doc. 103).

Defendants' counsel has briefed the Court on the law and their argument pertaining to the pending motions, including the arguments pertaining to Mr. Koerner's claims for attorney's fees rehashed in this most recent motion.

For the reasons stated herein, Defendants respectfully submit that Louis R. Koerner's Motion Requesting Ruling and Disposition of All Pending Motions should be denied, as Koerner cites to no authority for bringing such a motion.  Further, Defendants are unaware of any authority. While Koerner cites to law concerning mandamus actions, Koerner has not filed a mandamus action.

        Respectfully submitted,

        **DUVAL, FUNDERBURK, SUNDBERY,**
          **RICHARD & WATKINS, APLC**

        /s/    Harley M. Papa
        **STANWOOD R. DUVAL (27732)**
        **C. BERWICK DUVAL, II (5109)**
        **KATHRYN W. RICHARD (26486)**
        **APRIL A. TRAHAN (38919)**
        **HARLEY M. PAPA (39441)**
        stan@duvallawfirm.com
        berwick@duvallawfirm.com
        kathryn@duvallawfirm.com
        april@duvallawfirm.com
        harley@duvallawfirm.com
        101 Wilson Avenue (70364)
        Post Office Box 3017
        Houma, Louisiana 70361
        Telephone: (985) 876-6410
        Fax: (985) 851-1490
        Counsel for Defendants, Terrebonne Parish
        School Board, Philip Martin, individually and in his
        official capacity as Superintendent of Terrebonne
        Parish School Board, and Gregory Harding,
        individually and in his official capacity as President
        of Terrebonne Parish School Board

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 5th day of December, 2023, filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Harley M. Papa*
        **HARLEY M. PAPA**