UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, et al<br>Plaintiffs, | NO. 2:21-cv-01144(J)(2) |
| vs. | JUDGE: BARBIER |
| THE TERREBONNE PARISH SCHOOL BOARD, et al.<br>Defendants | MAGISTRATE: CURRAULT |

**MOTION PURSUANT TO RULES 54(b)(2) AND 59(e) FOR A NEW TRIAL, RECONSIDERATION, AND/OR TO ALTER OR AMEND THE DENIAL [DOC 140] OF ANY AWARD OF ATTORNEY FEES TO LOUIS R. KOERNER, JR., INTERVENOR AND FORMER COUNSEL FOR PREVAILING PARTIES, TEDDY BILLIOT, ET AL., AND FOR DESIGNATION OF DOC. 140 AS A RULE 54(b) FINAL JUDGMENT**

Louis R. Koerner, Jr. ["Koerner"], Intervenor and former counsel for prevailing parties, Teddy Billiot, et al., moves the Court, pursuant to Rules 54(b)(2) and 59(e), to grant a new trial, reconsider, or amend its denial [Doc. 140] of all attorney fees, and to explain for the benefit of the Court of Appeal its total denial of all fees as Koerner, through his *pro bono* services, was completely successful in his efforts to accomplish the transfer to the Pointe-au-Chien Indian Tribe of the Pointe-aux-Chênes Elementary School. The school that had been maliciously closed by defendants, The Terrebonne Parish School Board, et al., has now re-opened as the Ecole Pointe-au-Chien French immersion school. Koerner also requests that Doc. 140's denial of attorney fees be designated as a Rule 54(b) final judgment.

The grounds for this motion, as are more fully set forth in the memorandum filed herewith and, *inter alia,* in Docs. 105, 111, 114, 118, 119-123, 126, 128, 131, 133, and 135, are as follows:

1.      In the absence of any explanation of the total denial of all attorney fees to a *pro bono* lawyer/intervenor and prevailing party, such denial is an error of law not protected by a deferential standard of consideration or review and thus should be reconsidered.

2.	This motion is appropriate under Rules 54(b)(2), 59(e), 54(b).

Respectfully submitted,  
KOERNER LAW FIRM  
/s/ Louis R. Koerner, Jr.,  
Louisiana Bar 7817  
1204 Jackson Avenue  
New Orleans, Louisiana 70130-5130  
(504) 581-9569 (New Orleans)  
(504) 405-1411 (Cell)  
(504) 324-1798 (Fax)  
koerner@koerner-law.com  
URL: www.koerner-law.com

## CERTIFICATE

I hereby certify that the foregoing pleading has been served on all interested counsel by ECF filing on December 26, 2023.

/s/ Louis R. Koerner, Jr.