UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, et al.,<br>    *Plaintiffs*, | C.A. NO: 2:21-cv-1444<br>JUDGE: CARL J. BARBIER (J)<br>MAGISTRATE JUDGE:<br>DONNA PHILLIPS<br>CURRAULT (2) |
| VERSUS | |
| THE TERREBONNE PARISH SCHOOL BOARD, et al,<br>    *Defendants.* | |

**NOTICE OF SUBMISSION OF MOTION PURSUANT TO RULES 54(b)(2) AND 59(e) FOR A NEW TRIAL, RECONSIDERATION, AND/OR TO ALTER OR AMEND THE DENIAL [DOC 140] OF ANY AWARD OF ATTORNEY FEES TO LOUIS R. KOERNER, JR., INTERVENOR AND FORMER COUNSEL FOR PREVAILING PARTIES, TEDDY BILLIOT, ET AL., FOR DESIGNATION OF DOC. 140 AS A RULE 54(b) FINAL JUDGMENT, AND REQUEST FOR ORAL ARGUMENT**

PLEASE TAKE NOTICE that the undersigned will submit the Motion Pursuant to Rules 54(B)(2) And 59(E) for a New Trial, Reconsideration, and/or to Alter or Amend the Denial [Doc 140] of Any Award of Attorney Fees to Louis R. Koerner, Jr., Intervenor and Former Counsel for Prevailing Parties, Teddy Billiot, Et Al., and for Designation of Doc. 140 as a Rule 54(B) Final Judgment before the Hon. Carl J. Barbier on January 10, 2024 at 9:30 A.M. or as soon thereafter as counsel may be heard. Oral argument is requested.

Date: December 26, 2023

Respectfully submitted by:

*/s/ Louis Roy Koerner, Jr.*
Louis Roy Koerner, Jr.
KOERNER LAW FIRM
1204 Jackson Avenue
New Orleans, LA 70130
504-581-9569
504-405-1411
Email: koerner@koerner-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2023, I electronically transmitted the foregoing to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

*/s/ Louis R. Koerner, Jr.*
Louis R. Koerner, Jr.
