UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

### ORDER & REASONS

Before the Court is a *Motion for Reconsideration and for Designation as a Rule 54(b) Judgment* **(Rec. Doc. 141)** filed by Louis R. Koerner, Jr. Terrebonne Parish School Board and the related Defendants have filed an opposition (Rec. Doc. 142) to which Mr. Koerner has replied. (Rec. Doc. 143). Having considered the memoranda and applicable law, the Court finds that the motion should be **DENIED.**

As to Mr. Koerner's motion to reconsider this Court's denial of attorney's fees (Rec. Doc. 140), this Court finds that Mr. Koerner has not successfully justified this "extraordinary remedy" which should be used "sparingly" by the courts. *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004). Koerner's motion on this account is functionally a complete restatement of the same arguments this Court rejected in his original motion.

As to Koerner's request that this Court's order denying him attorney's fees be designated a Rule 54(b) final judgment, the Court finds that it is not necessary to make such a determination because all other claims in this case have been previously dismissed. (Rec. Doc. 99).

Accordingly,

**IT IS HEREBY ORDERED** that the *Motion for Reconsideration and for Designation as a Rule 54(b) Judgment* **(Rec. Doc. 141)** is **DENIED**.

New Orleans, Louisiana, this 2nd day of August, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE