UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

### ORDER AND REASONS

Considering the foregoing *Motion to Dismiss* **(Rec. Doc. 125)**, filed by Defendants Terrebonne Parish School Board, Terrebonne Parish School District, Philip Martin, individually and in his official capacity as Superintendent of Terrebonne Parish School Board, and Gregory Harding, individually and in his official capacity as President of Terrebonne Parish School Board, which is opposed by Intervenor Louis Roy Koerner, Jr. (Rec. Doc. 126),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the Intervenor Complaint of Louis R. Koerner, Jr. as *Pro Bono* Counsel **(Rec. Doc. 123)** is **DISMISSED with prejudice**. After parties to the original action agreed to a settlement of all claims (Rec. Doc. 99), this Court permitted Koerner to withdraw as counsel for Plaintiffs, intervene in the action, and file his Intervenor Complaint. Through the Intervenor Complaint, Koerner seeks reasonable attorney's fees for his previous representation and enforcement of the agreed-upon settlement of parties.

Subsequently, this Court denied Koerner's request for attorney's fees (Rec. Doc. 140) and reconsideration of the same (Rec. Doc. 144). As all previously filed

claims had been dismissed, Koerner filed an appeal with the Fifth Circuit on the rulings. (USCA Case Number 24-30551). Accordingly, this Court has provided a final ruling on the attorney's fee issue, leading the Intervenor Complaint to be appropriately dismissed on that basis.

Further, all deadlines for settlement enforcement had long passed at the time of Koerner's Intervenor Complaint. Plaintiffs in the original action also submit their satisfaction with the settlement enaction in a Status Report to the Court. (Rec. Doc. 132). Accordingly, Defendant's *Motion to Dismiss* is properly granted, and the Intervenor Complaint is appropriately dismissed.

**IT IS FURTHER ORDERED** that all other pending motions—*Motion for Hearing* **(Rec. Doc. 127)**, *Motion for Partial Summary Judgment* **(Rec. Doc. 128)**, *Motion for Leave to File Document* **(Rec. Doc. 131)**, *Motion for Leave to File Document* **(Rec. Doc. 133)**, *Motion for Leave to File Document* **(Rec. Doc. 135)**, and *Motion for Hearing* **(Rec. Doc. 137)**—are **DENIED as moot.**

New Orleans, Louisiana, this 26th day of September, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE