UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TEDDY BILLIOT, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-1144 |
| TERREBONNE PARISH SCHOOL BOARD, ET AL. | SECTION: "J"(2) |

## JUDGMENT

Considering the Court's Order and Reasons, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendants in Intervention Terrebonne Parish School Board; Terrebonne Parish School District; Philip Martin, Individually and in his Official Capacity as Superintendent; Gregory Harding, Individually and in His Official Capacity as President of the Terrebonne Parish School Board; Teddy Billiot; Mary Verdin; Liza Naquin; Tasha Dardar; Jade Billiot Bergeron; Lanny Dardar; Candace Hendon; Kelly Naquin; Loretta Verdin; Casey Dardar; Shana Rae Dardar; and Joan Brunet; and against Intervenor Louis Roy Koerner, Jr., dismissing Intervenor's Complaint with prejudice.

New Orleans, Louisiana, this 26th day of September, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE