# United States Court of Appeals
## for the Fifth Circuit

No. 24-30551

United States Court of Appeals
Fifth Circuit
**FILED**
October 21, 2024
Lyle W. Cayce
Clerk

Kelly Naquin,

        *Plaintiff*,

Louis Roy Koerner, Jr.,

        *Intervenor—Appellant*,

*versus*

Terrebonne Parish School Board; Terrebonne Parish School District; Philip Martin, *individually and in his official capacity as superintendent of the Terrebonne Parish School District*; Gregory Harding, *individually and in his official capacity as President of Terrebonne Parish School Board*,

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-1144

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of October 21, 2024, for want of prosecution. The appellant failed to timely brief and record excerpts.

No. 24-30551

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
     Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 21, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**