# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2024

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 24-30551   Naquin v. Terrebonne Prsh Sch Board
                USDC No. 2:21-CV-1144

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

            Sincerely,

            LYLE W. CAYCE, Clerk

            By: _____
            Monica R. Washington, Deputy Clerk
            504-310-7705

cc w/encl:
    Mr. Stanwood Robert Duval
    Mr. Louis Roy Koerner Jr.